Court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

SLP
CR 24-362

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: _____

Charging Document: **Indictment**  No. of Defendants: 3  Total No. of Counts: 11  Sealed: Y ☑

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐  Summons ☐  Notice ☑  N ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: **DR**

| Name: JOSE ADRIAN HERMOSILLO | SEP 0 5 2024 |
|---|---|
| Alias(es): Scrappy Loc | Address: |
| | FBI No.: |
| DOB: 2002 | SSN: XXX-XX-5497 | Race: Hispanic | Interpreter: Y ☑ N ☐ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: Spanish | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody    ☑ Detention Requested
☐ Type of Bond: _____
☑ In Custody at: Logan County
Inmate/Prisoner/Register No.: 29921-511

Complaint: Y ☑  N ☐
Magistrate Judge Case No.: MJ- 24-607-AMG
Previously Detained: Y ☑  N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Craig Hoehns      AUSA: Drew E. Davis
☑ CJA Panel        Address:                 Agent/Agency: ATF
☐ Retained         Phone:                   Local Officer/Agency:

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 933(a)(1) | Trafficking Firearms | 18 U.S.C. § 933(b) - NMT 15 years imprisonment; $250,000 fine; or both; NMT 3 years S/R; 100 S/A |
| 2-6 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 18 U.S.C. § 924(a)(8) - NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |
| 7-8 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms | 18 U.S.C. § 924(a)(8) - NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |
| 10 | 18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 923(a) | Engaging in the Business of Dealing Firearms Without a License | 18 U.S.C. § 924(a)(1)(D) - NMT 5 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

Signature of AUSA: s/ DREW E. DAVIS        Date: 09/05/2024

RECEIVED
SEP 0 5 2024
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

1/22