Court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

SLP
CR 24-362

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: _____

Charging Document: **Indictment**   No. of Defendants: 3   Total No. of Counts: 11   Sealed: Y ☑   N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: DR

| Name: Austin Gage Osborn | SEP 0 5 2024 |
|---|---|
| Alias(es): | Address: |
|  | FBI No.: |

| DOB: 2001 | SSN: XXX-XX-0800 | Race: Hispanic | Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐ | Juvenile: Y ☐  N ☑ | Language/Dialect: Spanish | |

**DEFENDANT STATUS/RECOMMENDATION:**

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested
☑ Type of Bond: Unsecured
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

Complaint: Y ☑   N ☐
Magistrate Judge Case No.: MJ- 24-612-AMG
Previously Detained: Y ☐   N ☑

**ATTORNEY/AGENCY INFORMATION:**

☑ Public Defender   Name: Bonnie Blumert
☐ CJA Panel   Address: _____
☐ Retained   Phone: _____

AUSA: Drew E. Davis
Agent/Agency: ATF
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 933(a)(1) | Trafficking Firearms | 18 U.S.C. § 933(b) - NMT 15 years imprisonment; $250,000 fine; or both; NMT 3 years S/R; 100 S/A |
| 11 | 18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 923(a) | Engaging in the Business of Dealing Firearms Without a License | 18 U.S.C. § 924(a)(1)(D) - NMT 5 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

# RECEIVED
SEP 0 5 2024
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/ DREW E. DAVIS   Date: 09/05/2024