Court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

SLP
CR 24-362

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No. **CR 24-362**

Charging Document: **Indictment**   No. of Defendants: **3**   Total No. of Counts: **11**   Sealed: Y ☑

Forfeiture: Y ☐   OCDETF: Y ☐   McGirt: Y ☐   Warrant ☑   Summons ☐   Notice ☐   N ☐
N ☑   N ☑   N ☑   Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: **DR**

| Name: **GERARDO DANIEL HERRERA** | SEP 0 5 2024 |
|---|---|
| Alias(es): | Address: |
|  | FBI No.: |
| DOB: 2002 | SSN: XXX-XX-5222 | Race: White | Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐ | Juvenile: Y ☐  N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

Complaint: Y ☐   N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐   N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: **Drew E. Davis**
☐ CJA Panel          Address: _____   Agent/Agency: **ATF**
☐ Retained                              Local Officer/Agency: _____
                     Phone: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 9 | 18 U.S.C. § 922(g)(3) | Drug User in Possession of a Firearm | 18 U.S.C. § 924(a)(8) - NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

# RECEIVED

SEP 0 5 2024

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: **Drew E. Davis**   Date: 09/05/2024

1/22